IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSHUA BRUNSON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. 2:22-CV-02189-JWB-GEB |
| ) | |
| UNIFIED GOVERNMENT OF ) | |
| WYANDOTTE COUNTY / KANSAS ) | |
| CITY, KANSAS, DANNY THORNTON, ) | |
| COLIN WARD, MICHAEL YORK, ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT NOTICE OF MEDIATION

Plaintiff and Defendant submit the following Joint Notice of Mediation in accordance with this Court's Scheduling Order, ECF Doc. 21 entered September 28, 2022.

The parties have agreed to mediate with Tom Bender, Horn, Aylward & Bandy, LLC, 2600 Grand Blvd., Suite 1100, Kansas City, Missouri 64108.

The mediation is presently scheduled to begin at 9:30 a.m. on March 3, 2023 by video conference.

Respectfully submitted,

/s/ *Peezy Mullins*
Patricia "Peezy" Mullins    #19551
Jose M. Bautista
Bautista Leroy, LLC
3770 Broadway Blvd, Second Floor
Kansas City, Missouri 64111
Telephone: (816) 221-0382
Fax: (00) 816-7060
Email: peezy@bautistaleroy.com
          jose@bautistaleroy.com

*Attorneys for Plaintiff*

/s/ *Spencer A. Low*
Ryan B. Denk    #18868
Spencer A. Low    #27690
McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Telephone (913) 371-3838
Fax (913) 371-4722
Email: rdenk@mvplaw.com
          slow@mvplaw.com

*Attorneys for Defendant Unified Government of Wyandotte County / Kansas City, Kansas*

82Z5307.DOCX

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that on the 31st day of January 5, 2023, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Patricia "Peezy" Mullins  #19551
Jose M. Bautista
Bautista Leroy, LLC
3770 Broadway Blvd, Second Floor
Kansas City, Missouri 64111
Telephone:  (816) 221-0382
Fax: (00) 816-7060
Email:  peezy@bautistaleroy.com
   jose@bautistaleroy.com

*Attorneys for Plaintiff*

              /s/ *Spencer A. Low*

82Z5307.DOCX